**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAC-CRITICAL SYSTEMS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:09 cv 1512 |
| ) | |
| INTEGRATED FACILITY SYSTEMS, INC. ) | |
| ) | |
| And ) | |
| ) | |
| MOHAN JACOB ) | |
| ) | |

**JOINT MOTION TO RESCHEDULE STATUS HEARING**

The Parties move the Court to reschedule the status hearing currently scheduled for December 14, 2010, at 10:15 a.m. Counsel for both Parties have conflicts at that time. Defendant's counsel is due to begin a seven day scheduled jury trial on December 13, 2010. Counsel anticipated that the case would settle, but it did not. Plaintiff's counsel is also scheduled to appear elsewhere at the date and time currently scheduled.

The Parties propose as an alternative date for the Court's consideration, December 22, 2010, at any time that is convenient for the court.

        Respectfully submitted

        THE MARTIN LAW FIRM, P.L.L.C

        /s/ Kenneth A. Martin
        _____
        Kenneth A. Martin,
        D.C. Bar # 420600
        Counsel for Plaintiff
        The Martin Law Firm, P.L.L.C.
        6718 Whittier Avenue, Suite 200
        McLean, VA 22101
        (703) 918-0350
        (703) 918-0386 [facsimile]
        ken@martin-lawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Motion to Reschedule Status Hearing was served on 9 December 2010 by electronic filing upon;

>Harvey A Levin
>Thompson Coburn LLP
>1909 K Street, N.W., Suite 600
>Washington, D.C. 20006
>Email: hlevin@thompsoncoburn.com

By  /s/ Kenneth A. Martin
>Kenneth A. Martin,
>D.C. Bar # 420600
>Counsel for Plaintiff
>The Martin Law Firm, P.L.L.C.
>6718 Whittier Avenue, Suite 200
>McLean, VA 22101
>(703) 918-0350
>(703) 918-0386 [facsimile]
>ken@martin-lawfirm.com