# THOMPSON COBURN LLP

Suite 600
1909 K Street, N.W.
Washington, D.C. 20006-1167
202-585-6900
FAX 202-585-6969
www.thompsoncoburn.com

December 13, 2010

Harvey A. Levin
202-585-6942
FAX 202-508-1013
hlevin@
thompsoncoburn.com

**BY ELECTRONIC CASE FILING**

Honorable Emmet G. Sullivan
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20004

Re:   TAC-Critical Systems, Inc. v. Integrated Facility Systems, Inc.
      Case No. 1:09-cv-01512-EGS

Dear Judge Sullivan:

I write as counsel for Plaintiff with the knowledge and consent of counsel for Defendants regarding the latest notice setting a status conference for December 14, 2010 at 10:15 AM.

Originally the court set the status conference for 12:00 noon on December 14. The court then moved the status conference back to 10:15 AM. The parties promptly informed chambers by telephone and by joint motion that neither Mr. Martin, counsel for Defendants, nor I could attend at 10:15 AM. I have a previously scheduled telephone hearing beginning at 10:00 AM before Judge C. Ashley Royal of the United States District Court for the Middle District of Georgia that should take approximately an hour and would allow me to be before Your Honor at 12:00. Mr. Martin, however, is in trial in the United States District Court for the Eastern District of Virginia and cannot attend at all on December 14. For these reasons, we filed a joint motion for a postponement.

On this past Friday, Your Honor issued an additional minute order again resetting the status conference for 10:15 AM on December 14. For the reasons set forth in the parties' joint motion and above, neither Mr. Martin nor I will be able to attend. I telephoned chambers first thing this morning and left that message with Your Honor's clerk, but I have not heard back. As a precaution, therefore, I write this letter to apprise Your Honor of the conflicts and to reiterate the request that the court reschedule the status conference.

**Chicago**       **St. Louis**       **Southern Illinois**       **Washington, D.C.**

Honorable Emmet G. Sullivan
United States District Judge
December 13, 2010
Page 2


Thank you.

Respectfully,

Thompson Coburn LLP


By *Harvey Levin*
Harvey A. Levin