### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| TAC-CRITICAL SYSTEMS, INC.           )<br>                                                              )<br>                Plaintiff                         )<br>                                                              )<br>vs.                                                         )   Case No. 1:09-cv-01512-EGS<br>                                                              )<br>INTEGRATED FACILITY SYSTEMS, INC. )<br>                                                              )<br>And                                                        )<br>                                                              )<br>MOHAN JACOB                                  )<br>_____) | |

### JOINT STATUS REPORT

Pursuant to the Court's Order, the Parties submit their Joint Status Report. On October 6, 2010, this case was referred to mediation. In the interim, Plaintiff took the deposition of Mohan Jacob. At the deposition Mr. Jacob disclosed that Integrated Facility Systems, Inc. was a dormant company without assets. Mr. Jacob also testified that he too was without assets. Subsequent to that deposition the parties decided not to proceed with mediation after the Defendants disclosed that they lacked sufficient assets to enable the Parties to have any hope of concluding a settlement. Plaintiffs had disclosed they that would require more than a nominal amount to settle the case, which the Defendants simply do not have to offer to facilitate a productive mediation. Therefore, the Parties notified the mediator was that they had determined not to waste his time and resources to pursue a meaningless mediation. Accordingly, the Parties suggest that the case be scheduled for submission of dispositive motions and trial as follows:

      Summary Judgment Motions Filed:   January 31, 2011

      Opposition to Summary Judgment Motions:  February 22, 2011

Replies to Oppositions:   March 4, 2011

Pre-Trial Hearing:   April 1, 2011

Trial:   TBD

Dated: December 13, 2010

Respectfully Submitted,

/s/ Kenneth A. Martin
_____
Kenneth A. Martin D.C. Bar # 420600
THE MARTIN LAW FIRM, PLLC
6723 Whittier Ave., Suite 207
McLean, VA 22101
(703) 918-0350 [phone]
(703) 918-0386


/s/ Kenneth A. Martin, with permission
_____
Harvey A Levin
Thompson Coburn LLP
1909 K Street, N.W., Suite 600
Washington, D.C. 20006
Email: hlevin@thompsoncoburn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day December 13, 2010, I caused a copy of the foregoing Joint Status Report to be sent via email to Defendants' counsel of record as follows:

>Harvey A Levin
>Thompson Coburn LLP
>1909 K Street, N.W., Suite 600
>Washington, D.C. 20006
>Email: hlevin@thompsoncoburn.com

/s/ Kenneth A. Martin

_____
Kenneth A. Martin, Esq.